RAFAEL TEJEIRO v. WEINREICH E. KUHRT.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY J. FERRARA.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ELLIOT GUSINTANNER.

June 20, 1983.

Petition for certification denied.

STATE IN THE INTEREST OF R.A.V.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY TRUSSELL.

June 20, 1983.

Petition for certification denied.